IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIE JACOBS,

                    Petitioner,                    Case No. 3:05 CV 2107

    -vs-
                                                  MEMORANDUM OPINION
CARL ANDERSON, Warden,                             AND   ORDER

                    Respondent.

KATZ, J.

       This action is before the Court on Petitioner's objections (Doc. No. 17) to the October 5, 2006, Report and Recommendation of the United States Magistrate. In accordance with *Hill v. Duriron Co.*, 656 F.2d 1208 (6th Cir. 1981), and 28 U.S.C. § 636(b)(1)(B) & (C), this Court has made a *de novo* determination of the Magistrate's findings to which the Petitioner objects. The Court has considered Petitioner's objections and finds them without merit.

       The findings and recommendations of the Magistrate are well taken and there are no legal points which would be arguable on their merits in an appeal of this case. Furthermore, the Court has determined sua sponte that no certificate of probable cause should issue in this case as any appeal would lack substantial merit.

       It is therefore,

       ORDERED, that the Report and Recommendation be, and hereby is, adopted as the Order of this Court.

       FURTHER ORDERED that under 28 U.S.C. §1915(a), an appeal of this case should not proceed *in forma pauperis* as it would not be taken in good faith.

       FURTHER ORDERED that a motion for certificate of probable cause under 28 U.S.C. §2253 is hereby denied *sua sponte*.

                                                                    S/ *David A. Katz*
                                                                  DAVID A. KATZ
                                                                  U. S. DISTRICT JUDGE